**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF & Email**

July 19, 2023

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

Re: <u>United States v. Julio Abreu</u>,
    19 Cr. 820 (RA)

_____
Ronnie Abrams, U.S.D.J.
July 19, 2023

Dear Judge Abrams:

    I represent Julio Abreu. I write to request permission for him to travel to Cicero, New York, a suburb of Syracuse to attend a memorial service for his sister on Friday July 21st.

    Assistant U.S. Attorney Dominic A. Gentile has no objection to this request.

    U.S. Pretrial officer Stephen Boose advised that he has no objection. Mr. Abreu will provide the location of the service and its expected length to Officer Bosse.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Dominic A. Gentile, Esq.
   Assistant U.S. Attorney (by ECF & email)

   Stephen Bosse
   U.S. Pretrial Officer
   (by email)