**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF & Email**

July 19, 2023

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 19, 2023

Re: <u>United States v. Julio Abreu</u>,
    19 Cr. 820 (RA)

Dear Judge Abrams:

Pertaining to my letter earlier today I write to clarify the length of time Mr. Abreu's stay and his location. He requests that Your Honor issue an order that permits him to leave his home in the Bronx this Friday. July 21st to travel to Cairo, New York to return on Monday, July 24th. I previously provided the wrong town.

He will be at an Airbnb located at 388 Roosevelt Avenue, Cairo, New York in Greene County.

Assistant U.S. Attorney Dominic A. Gentile has no objection to this request.

U.S. Pretrial officer Stephen Boose advised that he has no objection.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Dominic A. Gentile, Esq.
    Assistant U.S. Attorney (by ECF & email)

   Stephen Bosse
   U.S. Pretrial Officer
   (by email)